UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PHILLIP JONES,
        Petitioner,                            Case No. 11-10428

V.

                                        Honorable Patrick J. Duggan

J. S. WALTON,
        Respondent.
_____/

## JUDGMENT

On January 25, 2011, Petitioner filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging his convictions for conspiracy to possess with intent to distribute cocaine base, 21 U.S.C. §§ 841 (a)(1) and 846; distribution of cocaine base, 21 U.S.C. § 841(a)(1); attempt to possess cocaine with intent to distribute and aiding and abetting, 21 U.S.C. §§ 841(a)(1), 846, and 18 U.S.C. § 2; and use of a firearm during a drug trafficking crime and aiding and abetting, 18 U.S.C. §§ 2 and 924(c). On this date, the Court entered an Opinion and Order holding that Petitioner is not entitled to habeas relief.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Petitioner's application for a writ of habeas corpus is **SUMMARILY DENIED**.

Dated: March 28, 2011                            s/PATRICK J. DUGGAN
                                                        UNITED STATES DISTRICT JUDGE

Copies to:
Phillip Jones, #18419-039
FCI Milan
Federal Correctional Institution
P.O. Box 1000
Milan, MI 48160